1 PHILLIP A. TALBERT
Acting United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 Social Security Administration
4 SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
5 160 Spear Street, Suite 800
San Francisco, California 94105
6 Telephone: (415) 977-8963
7 Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com
8
9 Attorneys for DEFENDANT

10 **UNITED STATES DISTRICT COURT**
11 **EASTERN DISTRICT OF CALIFORNIA**
12 **SACRAMENTO DIVISION**

13 
14 TAMMY LYNN PRICE,          ) No. 2:15-cv-01287-DB
                              )
15          Plaintiff,         ) **STIPULATION AND ORDER FOR**
                              ) **EXTENSION OF TIME**
16     vs.                    )
                              )
17 CAROLYN W. COLVIN,         )
     Acting Commissioner of Social Security, )
18                            )
19          Defendant.        )

20     IT IS HEREBY STIPULATED, by and between Tammy Lynn Price (Plaintiff) and

21 Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their

22 respective counsel of record, that Defendant shall have a first extension of time of 30 days to

23 respond to Plaintiff's motion for summary judgment and/or to file any cross-motions thereto.

24 The current deadline is September 30, 2016 and the new deadline would be October 31, 2016.

25 The deadline for any reply thereto would be November 14, 2016.  Defendant requests this

26 additional time so that she may continue to consider the possible settlement of this matter

27 without further briefing.

28

Def.'s Cross-Mot. Summ. J.                                    Case No.: 2:15-cv-01287-DB

The Parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 30, 2016       BESS M. BREWER

By: /s/ *Bess M. Brewer*\*
BESS M. BREWER
(\*As authorized by email on September 30, 2016)
Attorneys for Plaintiff

Dated: September 30, 2016       PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant U. S. Attorney
Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: October 4, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.soc sec\price1287.stip.eot.ord